IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 03 2018
Clerk, US District Court
District of Montana - Billings

| UNITED STATES OF AMERICA, | CR 15-81-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID JAMES MATTHEW, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Impose Sentence Without a Hearing (Doc. 126), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**. An Amended Judgment imposing the new sentence will be filed separately.

IT IS FURTHER ORDERED that the Re-Sentencing set for Wednesday, August 8, 2018 at 10:30 a.m. is **VACATED**.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 2nd day of August, 2018.

SUSAN P. WATTERS
United States District Judge