FILED

FEB 10 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JAMES MATTHEW,<br><br>Defendant. | CR 15-81-BLG-SPW<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISION |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 134), pursuant to 18 U.S.C. § 3583(e) and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. David James Matthew's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of this Order.

DATED this 10th day of February, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge